UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case Number: 20-50328 |
| | ) | Chapter 11, Subchapter V |
| Jewel Couture, LLC, Debtor | ) | **AFFIDAVIT** |
| _____ | ) | |

**NOW COMES** Mia Katrin Hartsook, sole Member / Manager of Jewel Couture, LLC first being duly sworn, who deposes and says:

As of the date of this affidavit the debtor-in-possession does not possess a Statement of Operations or Cash Flow Statement. These documents are not kept in the ordinary course of bookkeeping for the corporation. However, the debtor-in-possession does possess a Balance Sheet.

Being the sole Member / Manger of the debtor-in-possession, Mia Katrin Hartsook has included income and expenses for Jewel Couture, LLC in her personal federal and state income tax filings. Ms. Hartsook did not obtain an EIN number for the debtor-in-possession until March, 2020.

The undersigned is the sole Member / Manager of the petitioner in this action, she has read the foregoing and know the contents thereof and the same is true of her own knowledge, except to those matters and things therein stated on information and belief, and as to those she believes it to be true.

This the 12 day of August, 2020.

_____
Mia Katrin Hartsook

NORTH CAROLINA        Ashe        COUNTY

I, Vickie P. Yearick, Notary Public, certify that Mia Katrin Hartsook personally came before me this day and acknowledged that Jewel Couture, LLC., a limited liability company and that she, as the sole Member / Manager, being authorized to do so, executed the foregoing on behalf of the limited liability company.

Witness my hand and official seal or stamp, this the 12th day of August, 2020.

(SEAL)

_____
Notary Public

Vickie P. Yearick        My commission expires: 7-15-2024
Typed or Printed Name of Notary

VICKIE P. YEARICK
NOTARY PUBLIC
Ashe County
North Carolina
My Commission Expires July 15, 2024